# REDACTED

JS 45 (11/2002)
**Criminal Case Cover Sheet**                                                                 **U.S. District Court**

| **Place of Offense:** | **Under Seal:** Yes ☐  No ☒ | **Judge Assigned:** |
|---|---|---|
| City:  EDVA | Criminal Complaint: | **Criminal Number:** |
| County/Parish: | Same Defendant: | **New Defendant:**  Drexel Venero |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| Juvenile: Yes ☐   No ☒ | FBI#  ---- | | |
|---|---|---|---|
| Defendant Name:   Drexel Venero | | Alias Name(s): | |
| Address:  Rockville, MD | | | |
| Birth Date: 1995 | SS#: 5775 | Sex: male | Race: white | Nationality: | Place of Birth: |
| Height: 6'1" | Weight: | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter: Yes ☐  No ☒ | List Language and/or dialect: | | | | |

**Location Status:**

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: ___ in ___ | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: Booth Ripke | ☐ Court Appointed |
|---|---|
| Address:   120 East Baltimore Street Suite 1800 Baltimore, MD 21202 | ☒ Retained |
| Telephone: (410) 456-7943 | ☐ Public Defender |
| Email:  bripke@nathanslaw.com | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #:  91982 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

| HSI, 200 Granby St, Norfolk, VA 23510  757-441-3600 |
|---|

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371/48 | Conspiracy to Create and Distribute Animal Crushing Videos | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |