AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| USA </br> *Plaintiff* </br> v. </br> Drexel Venero </br> *Defendant* | ) </br> ) </br> )  Case No. 2:24-CR-122 </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Drexel Venero

Date: 11/14/2024

*Attorney's signature*

James O. Broccoletti, Esq
*Printed name and bar number*

6663 Stoney

*Address*

james@zobybroccoletti.com
*E-mail address*

(757) 466-0750
*Telephone number*

(757) 466-5026
*FAX number*