AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT
DEC 12 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24cr122 |
| | ) | |
| Drexel Venero | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _12/12/2024_

_Drexel R. Venero_
Defendant's signature

_Booth Ripke_
Signature of defendant's attorney

_Booth M. Ripke_
Printed name of defendant's attorney

_Lawrence R. Leonard_
Judge's signature

_Lawrence R. Leonard / USMJ_
Judge's printed name and title